In the Matter of MARY D. CHAPMAN, Respondent, v. JOHN K. CHAPMAN, Appellant.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.

JAMES S. HANOFEE et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 43023.) — *Per Curiam.*

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*